UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CHARLIE R. HARDEN,

    Plaintiff,

v.

                                 Civil Action No.: 2:19-cv-00402-JMS-DLP

BEMIS COMPANY, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Charlie R. Harden, by his attorneys, Fox, Williams & Sink, LLC; and defendant Bemis Company, Inc., by its attorneys, Littler Mendelson, P.C. and Menn Law Firm, Ltd., in consideration of a negotiated settlement executed by them, hereby stipulate that all claims, causes of action and parties, including all claims and counterclaims stated herein against all parties, be dismissed with prejudice, without costs to any party and without further notice to any party.

Dated: 11/18/2020

                                         FOX, WILLIAMS & SINK, LLC
                                         Attorneys for the Plaintiff, Charlie R. Harden

                                         By: _____
                                         Ryan C. Fox | SBN: 21631-49
                                         6177 North College Avenue
                                         Indianapolis, IN 46220
                                         T: 317-254-8500 | F: 317-226-9311
                                         rfox@fwslegal.com

01372752.DOCX

Dated: 11/17/2020

LITTLER MENDELSON, P.C.
Attorneys for the Defendant, Bemis Company, Inc.

By: _____
Craig M. Borowski | SBN: 22280-49
111 Monument Circle, Suite 702
Indianapolis, IN 46204
T: 317.287.3520 | F: 317.219.0913
CBorowski@littler.com

Dated: November 17, 2020

MENN LAW FIRM, LTD.
Attorneys for the Defendant, Bemis Company, Inc.

By: _____
Patrick J. Coffey | SBN: 1023953
2501 East Enterprise Avenue
P. O. Box 785
Appleton, WI 54912
T: 920.731.6631 | F: 920.560.4745
patrick-coffey@mennlaw.com