UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

---

CHARLIE R. HARDEN,

    Plaintiff,

v.

BEMIS COMPANY, INC.,

    Defendant.

Civil Action No.: 2:19-cv-00402-JMS-DLP

> Dismissal with prejudice acknowledged [43].
> JMS, CJ, 11/19/20
> Distribution via ECF.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Charlie R. Harden, by his attorneys, Fox, Williams & Sink, LLC; and defendant Bemis Company, Inc., by its attorneys, Littler Mendelson, P.C. and Menn Law Firm, Ltd., in consideration of a negotiated settlement executed by them, hereby stipulate that all claims, causes of action and parties, including all claims and counterclaims stated herein against all parties, be dismissed with prejudice, without costs to any party and without further notice to any party.

Dated: 11/18/2020.

FOX, WILLIAMS & SINK, LLC
Attorneys for the Plaintiff, Charlie R. Harden

By: _____

Ryan C. Fox | SBN: 21631-49
6177 North College Avenue
Indianapolis, IN 46220
T: 317-254-8500 | F: 317-226-9311
rfox@fwslegal.com

01372752.DOCX